# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00869-CV

**St. David's Healthcare Partnership, L.P., L.L.P. d/b/a South Austin Hospital, Appellant**

**v.**

**Beverly Aycock, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-10-002064, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

St. David's Healthcare Partnership, L.P., L.L.P. d/b/a South Austin Hospital and Beverly Aycock have filed a joint motion to abate this appeal. The parties have reached a settlement and are now asking this Court to abate the appeal in order to "permit proceedings in the trial court to effectuate the agreement." *See* Tex. R. App. P. 42.1(a)(2)(C). We grant the motion and abate the appeal. The parties are ordered to file a motion dismissing this appeal within 30 days of the conclusion of the underlying proceedings.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed:  August 5, 2011